**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1330**

───────────

STARSHA M. SEWELL, a/k/a Evelina M,

      Plaintiff - Appellant,

    v.

ALEJANDRO MAYORKAS,

      Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:21-cv-00126-LKG)

───────────

Submitted:  October 13, 2022                Decided:  October 17, 2022

───────────

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Starsha M. Sewell, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss Sewell's pro se employment discrimination action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the appealed-from order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*